UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARVIN MADDIX,
        Plaintiff,                              Case No. 2:14-cv-188
v.                                                HON. R. ALLAN EDGAR
                                                      MAG. TIMOTHY P. GREELEY

SHAWN BRINKMAN, *et al.*,
        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

      The Court has before it Magistrate Judge Timothy P. Greeley's Report and Recommendation ("R&R") dated October 28, 2015, which recommended that the Defendants' motion for reconsideration be denied. Neither party has objected to the Report and Recommendation, therefore, **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation is **APPROVED AND ADOPTED** as the Opinion of this Court. ECF No. 30.

      Defendants' motion for reconsideration is **DENIED.** ECF No. 18.

      **SO ORDERED.**

Dated:    12/8/2015                     */s/ R. Allan Edgar*
                                                     R. Allan Edgar
                                                     United States District Court Judge